SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:     (713) 238-1854

Counsel for Defendant
Equifax Information Services LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| WENDY FRANCO,<br><br>             Plaintiff,<br><br>      v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>             Defendant. | Case No. 2:22-cv-00984-MMD-VCF<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 26, 2022 through and including August 16, 2022. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

   Respectfully submitted, this 25th day of June, 2022.

| | | |
|---|---|---|
| 1 | DATED: July 25, 2022 | Respectfully submitted, |
| 2 | | SEYFARTH SHAW LLP |

By: */s/ Jennifer R. Brooks*
　　Jennifer R. Brooks, Bar No. 14480
　　SEYFARTH SHAW LLP
　　700 Milam St., Suite 1400
　　Houston, TX 77002-2812
　　Tel.: (713) 238-1854
　　Email: jrbrooks@seyfarth.com

　　Counsel for Defendant
　　Equifax Information Services LLC

DATED: July 25, 2022　　　　Agreed & Consented to:

PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*
　　Steven A. Alpert, NV Bar #8353
　　PRICE LAW GROUP, APC
　　5940 S. Rainbow Blvd., Suite 3014
　　Las Vegas, Nevada  89118
　　Tel.: (702) 794-2008
　　Email: alpert@pricelawgroup.com

　　Counsel for Plaintiff
　　Wendy Franco

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED:  7-26-2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, I filed the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER via CM/ECF with the Clerk of the Court, which will send electronic notification of same to all counsel of record.

By: */s/ Jennifer R. Brooks*
Jennifer R. Brooks, Bar No. 14480
SEYFARTH SHAW LLP
700 Milan St., Suite 1400
Houston, TX 77002-2812
Tel.: (713) 238-1854
Email: jrbrooks@seyfarth.com