**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Wendy Franco*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### (LAS VEGAS DIVISION)

| | |
|---|---|
| WENDY FRANCO, | Case No.: 2:22-cv-00984-MMD-VCF |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiff Wendy Franco and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims therein be dismissed with prejudice. There are no remaining defendants in this matter.

/**ORDER** :  It is so ordered.

   dated:  October 20, 2022

_____
**US District Judge**